■ The People of the State of New York, Respondent, v Willie Cochran, Appellant. [931 NYS2d 230]—

The resentencing proceeding imposing a term of postrelease

supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). We have no authority to revisit defendant's prison sentence on this appeal (*see id.* at 635). Concur—Gonzalez, P.J., Mazzarelli, Sweeny, Abdus-Salaam and Román, JJ.